# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JIM & PAULA SURLES, parents and
next friends of K                                              PLAINTIFFS

v.                          No. 3:16-cv-183-DPM

POCAHONTAS SCHOOL DISTRICT                                     DEFENDANT

## JUDGMENT

The Court enters judgment for Jim and Paula Surles against the Pocahontas School District for $17,936.83 in costs. This total includes:

| | |
|---|---|
| Expenses | $1,082.83 |
| Contract Counsel (10.3 x $180) | +$1,854.00 |
| Lead Counsel (60 x $250) | +$15,000.00 |
| Total | $17,936.83 |

Post-judgment interest will accrue at 1.27% per annum from 22 September 2017 until this Judgment is paid. 28 U.S.C. § 1961(a)-(b).

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 September 2017